Dismissed and Memorandum Opinion filed March 20, 2008








Dismissed
and Memorandum Opinion filed March 20, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00144-CR

____________

 

DEDRIC EARL CUMMINGS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
180th District Court

 Harris County, Texas

Trial Court Cause No. 1142250

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a Aguilty@ plea to aggravated robbery.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on
January 11, 2008, to confinement for fifteen years in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant filed a pro se
notice of appeal.  We dismiss the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed March
20, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.

Do Not Publish C Tex. R. App. P.
47.2(b)